IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY A. WASHINGTON                                                                                    PLAINTIFF

V.                                            CASE NO. 10-CV-4054

SGT. ALICER MILLER, Miller
County Correctional Facility; OFFICER
RHONE, Miller County Correctional
Facility; OFFICER HENSON, Miller
County Correctional Facility; WARDEN
G. TURNER, Miller County Correctional
Facility; and SHERIFF RON STOVALL                                                           DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed May 11, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 6). Judge Bryant recommends that this case be dismissed prior to service because the claims asserted are frivolous and/or fail to state claims upon which relief may be granted.  *See* 28 U.S.C. § 1915A(b).  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's claims are **DISMISSED**.  The dismissal of this case constitutes a strike for purposes of 28 U.S.C. § 1915(g).  The Clerk is directed to place a § 1915(g) strike flag on this case.

      **IT IS SO ORDERED**, this 2nd day of June, 2010.

                                          /s/ Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge